UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LIUBOV DVORIANYN,

                     Plaintiff,               **ORDER**

        -against-                      23 Civ. 9427 (AEK)

COSTCO WHOLESALE CORPORATION,

                     Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court has been informed that the parties have reached a settlement in principle in this matter. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order. Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated: June 27, 2025
       White Plains, New York

_____
    ANDREW E. KRAUSE
    United States Magistrate Judge